**Fill in this information to identify the case:**

Debtor 1     Waldo Nathan Fenner

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of North Carolina

Case number 11-81392-BAK

---

Form 4100R

# Response to Notice of Final Cure Payment                              12/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of Creditor:**  Deutsche Bank National Trust Company, as Trustee for LSF6 Mercury REO Investments Trust Series 2008-1

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 4974

**Property address:**  1113 Clarendon St
Number  Street
Durham, NC 27705
City       State      ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ 0.00

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  03/22/2017
                                                             MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                                   (a) $ 0.00

b.  Total fees, charges, expenses, escrow, and costs outstanding:                             +(b) $ 0.00

c.  **Total**. Add lines a and b.                                                              (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                     _____
                                                              MM/DD/YYYY

---

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

Debtor1  Waldo Nathan Fenner                        Case number *(if known)* 11-81392-BAK
         First      Middle      Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Travis E Menk                                     Date  03/08/2017
  Signature

Print    Travis E Menk                                 Title  Attorney
         First Name    Middle Name    Last Name

Company  Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  5121 Parkway Plaza Dr. Suite 300
         Number         Street

         Charlotte, NC 28217
         City                   State    ZIP Code

Contact phone  704-369-0676  Email  bankruptcy@brockandscott.com

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the Response to Notice of Final Cure in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Waldo Nathan Fenner
1119 Clarendon Street
Durham, NC 27705

Ms. Carena Brantley Lemons
1921 North Pointe Drive, Suite 201
Durham, NC 27705

Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702


This the 8th day of March, 2017.

                              /s/ Ingrid Alers
                              Ingrid Alers
                              Brock & Scott, PLLC
                              5121 Parkway Plaza Blvd., Suite 300
                              Charlotte, NC 28217
                              Ph: (704) 369-0676
                              Fax: (704) 369-0760
                              bankruptcy@brockandscott.com